ROGER J. FRECHETTE, TRUSTEE *v.* BRANFORD PLANNING
AND ZONING COMMISSION

COURT OF COMMON PLEAS    NEW HAVEN COUNTY    FILE No. 92973

Memorandum filed July 3, 1974

*Thomas F. Keyes, Jr.,* and *Brian J. Murphy,* of
New Haven, for the plaintiff.

*Frank J. Dumark,* of Branford, for the defendant.

MISSAL, J.   The defendant has brought to the
attention of this court the case of *Hartford* v. *Public
Utilities Commission,* 30 Conn. Sup. 299, in which a
distinction is made between an ordinary administra-
tive appeal as being record oriented and an ordinary
civil action as being evidence oriented.  The conclu-
sion of the cited case is that the rules of discovery
do not apply to an administrative appeal and that
such an appeal is not a "civil action" as that phrase
is used in § 52-197 of the General Statutes and in
§ 166 of the Practice Book.

The plaintiff contends that this is not an ordinary
administrative appeal because of paragraphs in the
complaint which allege that in a prior action in the
New Haven Superior Court the constitutionality of
the actions of the defendant has been questioned,
that the actions of the defendant could only be the
result of prejudice and discrimination against the
plaintiff, that the defendant is illegally appointed
and did not comply with the statutes, and that the
zoning ordinance is invalid because of a lack of a
comprehensive plan.

Although these contentions of the plaintiff are not ordinary, a careful study of *Hartford* v. *Public Utilities Commission,* supra, brings this court to the conclusion that discovery is not the proper remedy for the plaintiff to prove his allegations.

The defendant's objection to the motion for disclosure is sustained.